IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JERRY HEGWOOD** § | | **PLAINTIFF** |
| § | | |
| **v.** § | | **CAUSE NO. 1:06CV1105-LG-JMR** |
| § | | |
| **COMMUNITY FIRST HOLDINGS, INC.,** § | | |
| **d/b/a** *PICAYUNE ITEM* § | | **DEFENDANT** |

### JUDGMENT

This cause is before the Court on the Defendant's Motion for Summary Judgment [40], the issues having been duly heard and considered and a decision having been duly rendered by separate Memorandum Opinion;

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment, pursuant to FED. R. CIV. P. 56 [40], should be, and is hereby **GRANTED.**

**IT IS FURTHER ORDERED AND ADJUDGED** that the Plaintiff's claims should be and are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 12th day of March, 2008.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge